ESTHER ENGELBERG, Respondent, v. HARRY ENGELBERG, Appellant.— Order reversed and motion denied, without costs, on the ground that plaintiff has not shown reasonable grounds for belief that she will be successful in the action. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.; Greenbaum, J., dissenting.

DANIEL P. OSTERLING, Doing Business as COLUMBIA STONE COMPANY, Appellant, v. ADELAIDE H. C. FRICK and Others, as Executors, etc., Impleaded with CHILDS FRICK, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Helme* v. *Buckelew* (229 N. Y. 363). Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HERMAN P. GOLDBERG, Respondent, v. BRITISH-AMERICAN CORPORATION OF INDIA, LTD., Appellant, Impleaded with ALEXANDER MUNRO.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

MICHAEL POLLY and Another, Copartners, etc., Appellants, v. WILLIAM J. FRASER and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

JOHN E. TAYLOR, as President of the NEW YORK JOB PRESSMEN AND ASSISTANTS' UNION NO. 1, INTERNATIONAL PRINTING PRESSMEN AND ASSISTANTS' UNION OF NORTH AMERICA, Appellant, v. JAMES J. HOGAN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

In the Matter of the Application of MARGUERITE A. BLACKWELL, Appellant, to Compel the Production of the Last Will and Testament of HERMANN SIELCKEN, Deceased. EUGENE SMITH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.; Dowling, J., dissenting.

RAEFAELLE CASCONE, Appellant, v. PACIFIC TRADING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.; Greenbaum, J., dissenting.